LAW OFFICE OF MICHAEL L. FRADIN
Michael L. Fradin, Esq.
8401 Crawford Ave. Ste. 104
Skokie, IL 60076
Telephone: 847-986-5889
Facsimile: 847-673-1228
Email: mike@fradinlaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ANTHONY COPIA, <br><br> Plaintiff, <br><br> v. <br><br> WALMART INC., an Arkansas corporation <br><br> Defendant. | Case No. ---------- <br><br><br><br> **COMPLAINT AND JURY DEMAND** <br><br><br> Judge ------- <br> Magistrate Judge ------ |

## COMPLAINT

### COUNT I

NOW COMES Plaintiff Anthony Copia, by and through his attorney, Michael L. Fradin, Esq., and complaining of Defendant, Walmart Inc. d/b/a Wal-Mart Supercenter #3601, an Arkansas corporation, states as follows:

1. This Court has jurisdiction of this matter based upon diversity of citizenship as contained in 28 United States Code, § 1332, in that the Plaintiff, Anthony Copia, is a citizen of the State of Illinois and that the Defendant, Walmart Inc., is incorporated in the State

of Arkansas, and its principal place of business is 702 South West 8th Street, Bentonville, Arkansas, and thus is a resident and citizen of the State of Arkansas. Furthermore, the matter in controversy exclusive of interest and costs exceeds the sum of $75,000.00

2. That the Plaintiff, Anthony Copia, resides at 8640 West 145 Place, Orland Park, Illinois 60462 and is a citizen and resident of Illinois.

3. That on or about October 11, 2018, the Defendant, Walmart Inc., an Arkansas corporation, was operating a stort at the commonly known address of 4700 135th Street, Crestwood, Illinois 60445.

4. That sometime prior thereto and on the aforementioned date and time, the Defendant, Walmart Inc., an Arkansas corporation, leased or owned the premises commonly known as 4700 135th Street, Crestwood, Illinois 60445.

5. That on or about October 11, 2018, the Defendant, Walmart Inc., an Arkansas corporation, leased, owned, controlled, maintained and possessed said premises, specifically the building and exterior space and the loading dock located behind the store which is used by the Defendant and persons lawfully on the premises to do the manual labor of loading, unloading, and other activities associated with the work duties of receiving shipments at the Walmart Store located at 4700 135th Street, Crestwood, Illinois 60445.

6. That on or about October 11, 2018, the Defendant, Walmart Inc., an Arkansas corporation, owned, controlled, maintained and possessed 4700 135th Street, Crestwood, Illinois 60445.

7. That on or about October 11, 2018, it was the duty of the Defendant, Walmart Inc., an Arkansas corporation, having control of said premises as owners, occupies or

lessors of the premises to use ordinary care to keep the premises in a reasonably safe condition for the use of those lawfully upon the premises.

8. That located upon the aforementioned property is a building and upon the exterior of the building are loading docks intended to be used by persons such as the Plaintiff for loading and unloading shipments at the Walmart store.

9. That on or about October 11, 2018, the Defendant, Walmart Inc., an Arkansas corporation, was guilty of one or more of the following negligent acts and/or omissions, which were committed by its agent, servant and/or employee;

    a. Failed to maintain all exterior spaces and equipment used by those lawfully on the premises.

    b. Failed to maintain or repair the faulty manual loading dock.

    c. Failed to warn Plaintiff of the danger presented by poorly maintained equipment.

    d. Failed to provide safer alternatives for loading/unloading shipments.

    e. Failed to respond to concerns and complaints in regards to the faulty manual loading dock made by those lawfully on the premises with the specific purpose of using the manual loading dock.

    f. Failed to otherwise exercise due care with respect to the matters alleged in this complaint.

10. By reason of one or more of the foregoing negligent acts or omissions to act on the part of the Defendant, Walmart Inc., an Arkansas corporation, the Plaintiff, Anthony Copia, was severely injured while making a routine delivery to Walmart Inc. located at 4700 135th Street, Crestwood, Illinois 60445 when a defective piece of equipment on the manual loading dock did not lock into place, resulting in a pipe striking his

jaw and neck.

11. That by reason of the aforesaid negligence of the Defendant, Walmart Inc., an Arkansas corporation, and as a direct and proximate result thereof the Plaintiff, Anthony Copia, sustained severe and permanent bodily injuries, both externally and internally, was compelled to and will be compelled to expend and become liable for large sums of money for medical services in and about endeavoring to become healed and cured of his injuries, has suffered pain in the past and suffers pain at the present time and will suffer pain in the future, and has suffered injury to his capacity to earn money in the past and will continue to have injury to his capacity to earn money in the future.

**WHEREFORE**, the Plaintiff, Anthony Copia, by and through his attorney, Michael L. Fradin, Esq., prays for judgment against the Defendant, Walmart Inc., an Arkansas corporation, in an amount in excess of $75,000.00 plus costs of suit.

## COUNT II
### Res Ipsa Loquitur

NOW COMES Plaintiff, Anthony Copia, by and through his attorney, Michael L. Fradin, Esq., and complaining of the Defendant, Walmart Inc., an Arkansas corporation, states as follows:

1-11. The Plaintiff, Anthony Copia, restates and incorporates by reference paragraphs 1 through 11 of Count I herein as and for paragraphs 1 through 11 of Count II.

12. That on October 11, 2018, and for some time prior thereto, Walmart Inc., an Arkansas corporation, had the exclusive and sole control of the premises commonly known as Wal-Mart Store # 3601.

13. That on October 11, 2018, the Defendant, Walmart Inc., an Arkansas corporation, had the exclusive and sole control of the aforementioned loading dock.

14. That the occurrence speaks for itself; that is the occurrence would not have taken place in the ordinary course of things if the Defendant had not negligently failed to use proper care in maintaining, locating, and inspecting the exterior spaces and equipment and making sure that it was reasonably safe for persons such as the Plaintiff to be handling said equipment.

15. That by reason of the aforesaid negligence of the Defendant the Plaintiff, Anthony Copia, was severely injured while making a routine delivery to Walmart Inc. located at 4700 135th Street, Crestwood, Illinois 60445 when a defective piece of equipment on the manual loading dock did not lock into place, resulting in a pipe striking his jaw and neck.

16. That by reason of the aforesaid negligence of the Defendant, Walmart Inc., an Arkansas corporation, and as a direct and proximate thereof the Plaintiff, Anthony Copia, sustained severe and permanent bodily injuries, both externally and internally, was compelled to and will be compelled to expend and become liable for large sums of money for medical services in and about endeavoring to become healed and cured of his injuries, has suffered pain in the past and suffers pain at the present time and will suffer pain in the future, and has suffered injury to his capacity to earn money in the past and will continue to have injury to his capacity to earn money in the future.

**WHEREFORE**, the Plaintiff, Anthony Copia, by and through his attorney, Michael L. Fradin, Esq., prays for judgment against the Defendant, Walmart Inc., an Arkansas corporation, in an amount in excess of $75,000.00 plus costs of suit.

Respectfully submitted,

*S/Michael L. Fradin*
Attorney for Plaintiff

Michael L. Fradin, Attorney at Law
8401 Crawford Ave. Suite 104
Skokie, IL 60076
847-644-3425 (phone)
847-673-1228 (fax)

## **JURY DEMAND**

Now comes Plaintiff and demands a trial by a jury of eight (8) on all issues of the within cause.

*S/Michael L. Fradin*
Michael L. Fradin (6289502)
Michael L. Fradin, Attorney at Law